1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11  DARRELL JUNIOR LESCALLETT,          )   Case No.: 1:13-cv-01342-BAM (PC)
                                         )
12              Plaintiff,               )   ORDER REQUIRING PLAINTIFF TO PAY
                                         )   $400.00 FILING FEE IN FULL OR FILE AN
13       v.                              )   APPLICATION TO PROCEED IN FORMA
                                         )   PAUPERIS WITHIN FORTY-FIVE DAYS
14  R. DIAZ, et al.,                     )
                                         )
15              Defendants.              )
                                         )
16  _____        )

17       Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. §

18  1983 on August 23, 2013.  Plaintiff neither paid the $400.00 filing fee nor filed an application to

19  proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED

20  that:

21       Within forty-five (45) days from the date of service of this order, plaintiff shall either pay the

22  $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and

23  signed.  **No requests for extension will be granted without a showing of good cause.  Failure to**

24  **comply with this order will result in dismissal of this action.**

25  IT IS SO ORDERED.

26      Dated:   **August 28, 2013**              /s/ *Barbara A. McAuliffe*

27                                            UNITED STATES MAGISTRATE JUDGE

28

1