1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

11   DARRELL JUNIOR LESCALLETT,          Case No.  1:13-cv-01342-LJO-BAM (PC)

12          Plaintiff,                   ORDER TO SHOW CAUSE WHY DOE
                                         DEFENDANTS SHOULD NOT BE
13      v.                               DISMISSED AND THIS ACTION CLOSED

14   R. DIAZ, et al.,                    **TWENTY-ONE (21) DAY DEADLINE**

15          Defendants.

16

17          Plaintiff Darrell Junior Lescallett ("Plaintiff") is a state prisoner proceeding pro se and in

18   forma pauperis in the civil rights action under 42 U.S.C. § 1983.

19          On June 29, 2015, the Court found that Plaintiff's second amended complaint stated a

20   cognizable retaliation claim against Defendants Gipson, Bloomfield and Does Defendants

21   regarding his identification as a 2-5 gang affiliate and placement on a modified program.[1]  The

22   Court ordered service of the second amended complaint on Defendants Gipson and Bloomfield,

23   but notified Plaintiff that service on the Doe Defendants was not appropriate because the United

24   States Marshal could not serve a Doe Defendant.  The Court therefore ordered Plaintiff to provide

25   the Court with written notice identifying the Doe Defendants with enough information to locate

26   them for service of process within one-hundred twenty (120) days.  (ECF No. 15.)  Plaintiff failed

27

---

[1]      All other claims and defendants were dismissed from this action on July 21, 2015.  (ECF
28   No. 18.)

1

to provide written notice to the Court identifying the Doe Defendants within the specified time limit.

On March 31, 2017, the Court granted summary judgment in favor of Defendants Gipson and Bloomfield, and referred the matter to the undersigned in order to address the unidentified and unserved Doe Defendants.  (ECF No. 31.)

Accordingly, within **twenty-one (21) days** from the date of service of this order, Plaintiff shall show cause why the Doe Defendants should not be dismissed and this action closed. Plaintiff may comply with this order by providing sufficient information for the United States Marshal to identify and locate the Doe Defendants for service of process.  Plaintiff's failure to respond to this order will result in dismissal of the Doe Defendants, and this action will be closed without further notice.

IT IS SO ORDERED.

Dated**:   April 5, 2017**                                            _/s/ Barbara A. McAuliffe_
                                                                    UNITED STATES MAGISTRATE JUDGE